

**ORDERED in the Southern District of Florida on January 15, 2020.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**IN THE MATTER OF:**              **CASE NO. 19-22021-RAM**
**ANIBAL BALBONA**                  **CHAPTER 13**
**MAGGIE BALBONA**

**Debtors,**
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM 5-1, DE # 25

**THIS CAUSE** having come before the court on January 14, 2020, upon the Debtors ANIBAL BALBONA and MAGGIE BALBONA's Objection to Claim Number #5-1, (D.E. #25), no opposition being heard, this Court having considered the basis for the objection and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's objection to the claim is hereby **SUSTAINED.**

Claim #5-1 of VT INC., AS TRUSTEE OF WORLD OMNI LT is hereby **disallowed** and **stricken**. The Creditor will not receive any distribution from the Trustee.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).