

**ORDERED in the Southern District of Florida on February 6, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                           CASE NO. 19-22021-RAM
ANIBAL BALBONA                              CHAPTER 13
MAGGIE BALBONA
    Debtors,
_____/

### AGREED ORDER SUSTAINING AMENDED OBJECTION TO CLAIM 29-1, DE # 37

**THIS CAUSE** having come before the court upon the Debtors **ANIBAL BALBONA** and **MAGGIE BALBONA'**s Objection to Claim Number #29-1, (D.E. #32), having been advised the parties have reached an agreement, this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1. The Debtors' amended objection to claim, DE 37, is hereby **SUSTAINED.**

2. Claim Number #29-1 is allowed with no distribution by Chapter 13 Trustee.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).