

**ORDERED in the Southern District of Florida on October 16, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO. 19-22021

Anibal Balbona
Maggie Balbona
    Debtor

_____/

AGREED ORDER GRANTING IN PART
TRUSTEE'S MOTION TO DISMISS (ECF # 51)

THIS MATTER came on for consideration on the Chapter 13 Trustee's *Motion to Dismiss for Other Reasons* (the "Motion"). The Court being advised the parties having come to the following agreement,

ORDERS as follows:

1. The Motion is **Granted in Part**.

2. The Debtor(s) shall have **seven (7) days** from the entry of this order to file Local Form

76

3. If the Debtor(s) fail to comply with this order, the Chapter 13 Trustee is permitted to submit an order dismissing the case.

###

Submitted by: Nancy K. Neidich
Standing Chapter 13 Trustee
P.O. Box 279806
MIRAMAR, FL 33027
(954) 443-4402